IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES FRANKLIN PUTNAM, #04498-043** § | | **PETITIONER** |
| § | | |
| **VERSUS** § | | **CIVIL ACTION NO. 1:04cv593-DMR-JMR** |
| § | | |
| **DAN L. LOVE and MIKE MOORE** § | | **RESPONDENTS** |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case [Doc. No. 53], in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254 or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

### Part A

___  A certificate of appealability should issue. (See reasons below.)

_X_  A certificate of appealability should not issue. (See reasons below.)

The Court hereby **DENIES** herein the Motion of the Petitioner for a Certificate of Appealabilty [Doc. No. 54].

### Part B
(for non-CJA pauper cases only)

___  The party appealing is a pauper.

_X_  The party appealing is not a pauper. (See reasons below.)

The Court notes the Petitioner has informed the Court that he will not address the fee issue at this time [Doc. No. 58].

REASONS:
The Petitioner has failed to make a substantial showing of the denial of a constitutional right as set forth in 28 U.S.C. §2253(c)(2); the claims raised by Petitioner were time-barred pursuant to the one year statute of limitations provision of the AEDPA, *i.e.*, 28 U.S.C. §2244(d), and Petitioner cites no "rare and exceptional" circumstance to warrant equitable tolling.

Date: _June 27, 2006_         S/ DAN M. RUSSELL, JR.
                              UNITED STATES DISTRICT JUDGE